# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 726 | **DATE** | February 10, 2012 |
| **CASE TITLE** | Burns vs. Social Security Administration | | |

**DOCKET ENTRY TEXT**

Burns must either submit an amended application to proceed in forma pauperis with an accurate and complete response to each question, or pay the $350 filing fee, within thirty (30) days of the date of this Order. If Burns submits an amended application, he must identify the sources of funds which he uses to pay his monthly expenses. Burns' failure to provide further information, or pay the filing fee, will result in dismissal of this case. The Court denies Burns' motion (Doc [3]) for appointment of counsel.

■[ For further details see text below.]   Docketing to mail notices.

## ORDER

This case comes before the Court on the motions of Plaintiff Casey Burns, Jr. ("Burns") to proceed *in forma pauperis*, without prepayment of fees, and for appointment of counsel. A litigant may proceed *in forma pauperis* if the litigant is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a). Additionally, a district court, in its discretion, may request that an attorney represent a party if the party is unable to afford or obtain counsel and the party is unable to represent himself competently. *Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004).

The Court is unable to determine Burns' ability to pay the costs of commencing this action or his ability to afford counsel because his financial affidavit is incomplete. Specifically, Burns omits information, including the amount of his most recent monthly wages, the dates of his last employment, and the address of his last employer. Further, Burns states that he has no income, benefits, or assets, so the Court is unable to determine how Burns pays his monthly expenses. Accordingly, Burns must either submit an amended application with an accurate and complete response to each question, or pay the $350 filing fee, within thirty (30) days of the date of this Order. If Burns submits an amended application, he must identify the sources of funds which he uses to

| ORDER |
|---|

pay his monthly expenses. Burns' failure to provide further information, or pay the filing fee, will result in dismissal of this case.

Additionally, Burns' motion for appointment of counsel is incomplete and contradictory. Burns fails to identify any attorney he contacted for representation or state why he was unable to find an attorney. Burns' motion is also unclear regarding whether he is currently, or previously has been, represented by an appointed attorney. Accordingly, the Court denies Burns' motion for appointment of counsel.

**Date: February 10, 2012**

*/s/ Charles P. Kocoras*
**CHARLES P. KOCORAS**
**U.S. District Judge**